AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the Central District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | **FILED** |
| | | CLERK, U.S. DISTRICT COURT |
| v. | | **12/27/2024** |
| | | CENTRAL DISTRICT OF CALIFORNIA |
| EMMANUEL ADEBAYO, and | **LODGED** | BY: KC DEPUTY |
| ESTER AJBONNA, | CLERK, U.S. DISTRICT COURT | Case No. 5:24-mj-00532 |
| | **12/27/2024** | |
| Defendants | CENTRAL DISTRICT OF CALIFORNIA | |
| | BY: AP DEPUTY | |

## CRIMINAL COMPLAINT BY TELEPHONE

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. In the county of San Bernardino, in the Central District of California, and elsewhere, the defendants violated the follow statutes on or about the following dates:

| Code Section | Offense Description | On or about: | Defendant: |
|---|---|---|---|
| 18 U.S.C. §§ 1203(a) | Hostage Taking and Conspiracy to Commit Hostage Taking | November 22, 2024 | Emmanuel Adebayo and Ester Ajbonna |
| 18 U.S.C. § 1343 | Wire Fraud | November 22, 2024 | Emmanuel Adebayo and Ester Ajbonna |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | November 22, 2024 | Emmanuel Adebayo and Ester Ajbonna |

This criminal complaint is based on these facts: *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
*Complainant's signature*

Eric A. Guinee Rose, Special Agent, FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    December 27, 2024

_____
*Judge's signature*

City and state:    Riverside, California

Honorable Sheri Pym, U.S. Magistrate Judge
_____
*Printed name and title*

AUSAs: Peter Dahlquist and Sean Peterson

## **AFFIDAVIT**

I, Eric A Guinee Rose, being duly sworn, declare and state as follows:

### I.   **PURPOSE OF AFFIDAVIT**

1.   This affidavit is made in support of a criminal complaint and arrest warrants against Emmanuel Adebayo ("ADEBAYO") and Ester Ajbonna ("AJBONNA") (the "defendants," and along with a third suspect against whom I do not seek an arrest warrant at this time, identified as Dennis Eroma, the "SUBJECTS") for violations 18 U.S.C. §§ 1203(a) (Hostage Taking and Conspiracy to Commit Hostage Taking), 1343 (Wire Fraud), and 1349 (Conspiracy to Commit Wire Fraud).

2.   The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrants and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II.   **BACKGROUND OF SPECIAL AGENT ERIC A. GUINEE ROSE**

3.   I am a Special Agent ("SA") with the Federal Bureau of Investigation (FBI), and have been so employed since 2023.  I am currently assigned to the FBI, Los Angeles Field Division, Riverside Resident Agency, and am a member of the Inland Empire

Violent Crimes Squad, which is comprised of several law enforcement task forces.  These task forces include experienced gang, narcotics and violent crime investigators from the FBI, Riverside County Sheriff's Department ("RSO"), California Department and Corrections ("CDCR"), Riverside County Probation, Fontana Police Department, San Bernardino Police Department, and the San Bernardino County Sheriff's Department ("SBSD").

4.   I have received 21 weeks (approximately 840 hours) of instruction in the fundamentals of law, ethics, behavioral science, interviewing, report writing, firearms, surveillance, defensive tactics, and case management at the FBI Academy in Quantico, Virginia.  Through the course of my employment with the FBI, I have participated in a variety of investigations, including investigations of the following types of crimes: national security, kidnapping, drug trafficking, and violent crimes against children. I have also received 80 hours of training in the collection and preservation of digital evidence and am an FBI Digital Extraction Technician.

5.   Prior to my work with the FBI, for 13 years I worked as a Deputy and Detective with SBSD. During my work there I conducted or participated in hundreds of felony violent crime investigations.

6.   As a Special Agent, I have received instructions in the identification, collection, and preservation of evidence, photography, latent print collection, and crime-scene investigations.  I have also completed thousands of hours of criminal investigations, including compiling information;

interviewing victims, witnesses, and suspects; and collecting
evidence to support the filing of criminal complaints and search
warrants.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

7.    From about early 2023, Victim 1 (V1), a resident of
San Bernardino County, was the target of an online romance scam
with one or more Unknown Subject(s) posing as a well-known
celebrity.  During the scam, someone posing as the celebrity
tricked V1 to complete a total of about six transfers of crypto
currency, totaling approximately $4,500, and to send shipments
of phones to addresses in the United States. Eventually, V1 was
convinced to travel to Ghana to meet the celebrity, but once she
arrived in Accra, Ghana, on November 21, 2024, following
instructions from the fraudsters, she was taken hostage by the
defendants.

8.    During the time that V1 was held hostage by
defendants, a co-conspirator posing as V1 contacted a California
based realtor and tricked that realtor into attempting to sell
V1's house.  Also, one of the co-conspirators was in touch with
V1's adult son and made demands to V1's adult son for payments.
Specifically, on December 3, 2024, in a communication with V1's
son, a defendant demanded $150,000.00 United States Dollars for
V1's release.

9.    Eventually, the SUBJECTS agreed to accept $10,000.00
for V1's release, and slightly more than that, $10,650.00, was
deposited into V1's US Bank account, which the SUBJECTS had
already been using to drain V1's bank account. Using automated

teller machines located in Ghana and V1's debit card, the SUBJECTS attempted to withdraw money from V1's bank account eight times, and four of those times they were able to withdraw (or incur charges) totaling approximately $1,631.48.

10.   Investigators tracked the use of automated teller machines (ATM) and on December 11, 2024, the Ghana Police Service (GPS) located and arrested ADEBAYO after he and EROMA completed an ATM withdrawal using V1's US Bank card. EROMA fled on foot, but was later found and arrested by GPS. ADEBAYO led investigators to an apartment in the Tema neighborhood of Accra, Ghana. GPS officers entered the apartment and rescued V1. AJBONNA was located inside and arrested. While V1 was held hostage, Adebayo hit V1 and threatened to shoot V1.

### IV.   STATEMENT OF PROBABLE CAUSE

**A.   A Scammer Tricks V1 Into Traveling to Accra, Ghana, Where She is Then Held Hostage By Defendants**

11.   On November 27, 2024, V1's son reported to San Bernardino County Sheriff's Department that his 80-year-old mother, V1, was missing. Prior to going missing, V1 lived in the community of Crestline, San Bernardino County, California. V1's son had traveled to V1's home to meet with her after noticing, to his surprise, that her house was listed for sale. V1's son learned from V1's daughter that V1 had traveled to Africa to meet someone. V1's son believed V1 had become the victim of a scam so he called the San Bernardino County Sheriff's Department to report V1 missing.

12.   That same day, Deputy William Cowles called V1 on her cellular telephone. Deputy Cowles told V1 if she was in danger to say "waffle." V1 said she was fine and in the company of a male and a female, and V1 did not use the word "waffle."  As outlined below, V1 tried to send Deputy Cowles a text message saying, "waffle."

13.   V1's son was back at V1's home on December 1, 2024, when a real estate agent arrived at the house. The real estate agent told V1's son he was there to sell V1's home and that he had been speaking with V1. The real estate agent showed V1'S son three photos of V1 with a Hispanic male adult, later identified as a man from Florida. The photos appeared digitally altered, and V1's son was later able to locate an original photo of the Florida man on a Facebook account. V1's son told the real estate agent the house was not for sale.

14.   V1's son later told Detective Daniel Garcia that over the last year, V1 believed she was in communication with the well-known celebrity. I later learned after speaking with V1, that as part of the scam, V1 sent money and Apple iPhones to an unknown subject, believing that the money and Apple iPhones were destined for the well-known celebrity. Eventually, the scammers convinced V1 to travel to Ghana, Africa and V1 believed that she would meet up with the well-known celebrity.  V1 bought a ticket

to Ghana and her daughter dropped her off at Los Angeles
International Airport on November 21, 2024.[1]

15.  From November 22, 2024, V1 contacted her children
using her cellular phone. V1 did not divulge any information
about her location to V1's son until November 27, 2024. V1
communicated with V1's son and the real estate agent hired to
sell V1's house, via Apple's iMessage system using her iPhone
with a telephone number ending in 3221 and with her Gmail email
account. V1 also communicated with her friend via iMessage using
V1's Gmail account address.

16.  On December 2, 2024, in an unrecorded call, V1 called
V1's son using her phone number and told V1's son he needed to
speak with someone. A male subject, later identified as Emmanuel
ADEBAYO, got on the phone and told V1's son that V1 was arrested
in Cape Town, South Africa with the well-known celebrity while
ADEBAYO stated that the well-known celebrity was trafficking
diamonds and gold across the border of South Africa. ADEBAYO
said he had freed V1, but V1 now owed ADEBAYO $150,000 for
ADEBAYO's expenses. V1's son told ADEBAYO he did not have
$150,000 to pay.  ADEBAYO told V1's son to sell V1's house. V1's
son explained to ADEBAYO that he could not sell the house
without notarized documents from V1. V1's son told ADEBAYO if
ADEBAYO allowed V1 to travel back to the United States, V1 could
sell her house, and settle her debts with ADEBAYO. ADEBAYO told

---

[1] I later used a law enforcement database that logs inbound
and outbound international travel and confirmed that on November
21, 2024, V1 traveled from John F. Kennedy Airport in New York,
New York to Kotoka International Airport, Accra, Ghana, Africa.
Flight data records confirmed V1 was on the flight to Ghana.

V1's son he would not allow V1 to leave until the debt was paid.
ADEBAYO gave the phone to V1, and V1's son asked V1 if she was
being held hostage. V1 asked "am I being held hostage?" and the
phone disconnected.

17.  About one hour later, in an unrecorded call, ADEBAYO
called V1's son using V1's phone number. ADEBAYO asked V1's son,
"do you understand what I am telling you?" and handed the phone
to V1. V1 apologized for traveling to Ghana and told V1's son
she loved him. While V1 and V1's son were speaking, ADEBAYO
asked V1 "do you realize this may be the last time you talk to
you son?" and the phone disconnected.

18.  On December 4, 2024, during a call captured on body
worn camera, San Bernardino County Sheriff's Deputy Mark
Sandoval and V1's son spoke to V1 on a three-way phone call
including V1's phone number ending in 3221. V1 stated she was
being held by two men who were taking care of V1. V1 stated she
was fine and did not want to disclose the names of the men V1
was with or let the men speak on the phone. V1 did not want to
tell deputies where she was and sounded hesitant to speak. V1
did not provide any information to deputies and stopped speaking
with them.

19.  After speaking with deputies, V1 called V1's son and
told him she needed $150,000 to give to the two men so she could
go home. V1 did not want to disclose who the males were or what
their names were. V1's son bought a plane ticket for V1 to come
back home but had to change the date multiple times because V1
said she could not leave until the money was paid for her

release. V1 could not tell anyone where exactly she was and said she was being taken care of, but was not free to leave.

20.   On December 4, 2024, Investigators sought location information for V1's phone from the cellular telephone provider for V1's phone. The cellular phone provider's response indicated there was no location information available, corroborating that the phone was not being used within U.S.-based telecommunications networks.

21.   On December 5, 2024, V1 called V1's son from her phone with number ending in 3221. V1 asked that $200.00 be deposited into her US Bank account for expenses, which V1's son did. Also on December 5, 2024, the Federal Bureau of Investigation began assisting the San Bernardino County Sheriff's Department with the investigation.

22.   Later that day, I obtained US Bank business records for V1's account. The records showed V1's debit card was being used for purchases and withdrawals in Accra, Ghana. I also spoke to V1's friend. The friend provided screen captures of text messages V1 sent to her on Tuesday, December 3, 2024. In messages to V1, she asked if V1 was being held hostage. V1 replied "yes, but not forceful." The conversation continued with a discussion of the ransom demand, which is written "150.000," using European punctuation, suggesting that V1 might not have written the message, rather it may have been written by one of V1's captors.

23.   Also on December 5, 2024, I received IP log data from Google relating to V1's google account for November 21, 2024 to

December 5, 2024. I conducted analysis of IP log data provided by Google and based on IP addresses resolving to Ghana and the Ghana MTN Mobile network, determined that V1's Gmail account was being used in Ghana. I tracked the IP logs to the Eves Hills Hotel in Larteh – Akuapem, Ghana. The hotel is about a two-hour drive from Accra. At that time, there was a national election taking place in Ghana, so Ghanaian law enforcement had no personnel available to investigate this lead until the morning of December 7, 2024.

24. On December 6, 2024, I received documentation from Coinme, a cryptocurrency exchange, showing that V1 purchased Bitcoin and sent it to Ghana in June, 2024. The IP address used to access the recipient Coinme account resolved to the Eves Hills Hotel in Ghana.

25. I conducted analysis of the iCloud records for V1's phone dated from November 21, 2024 to December 6, 2024 and I saw that most of the IP addresses connecting to V1's account resolved to the Eves Hills Hotel. Nonetheless, on December 7, 2024, Ghana National Intelligence Bureau officers conducted surveillance at the Eves Hills Hotel and were unable to find V1.

26. Also on December 7, 2024, V1's son received a call from V1 after attempting to call her the night before. V1's son's communications with V1 took place in the presence of FBI Special Agent Crisis Negotiators Carolina Nolte and Jesse Kroupa. During the approximate 60-second recorded call, V1's son confirmed with V1 she was still not free to leave. V1 sounded

lucid and was speaking abnormally, suggesting she was being coached.

27.  Later that day, I obtained additional records from Apple, Inc. relating to V1's phone and iCloud account. The records included IP Log information which showed V1's phone being used in Ghana. The records also linked an iCloud account to V1's phone.  I submitted the data to FBI Computer Scientists for further review. Computer Scientist (CS) Julian Paul analyzed the data and determined the IP addresses may not be accurate due to the mesh style internet network used in Ghana. CS Paul explained the IP Address analysis may not provide any usable data due to the unpredictable nature of Ghana's infrastructure. CS Paul said it is also possible the IP address may be deliberately obfuscated to avoid detection by the SUBJECTS. CS Paul and I attempted to extract metadata from the photos previously sent by V1's phone to a California realtor, discussed further below, but there was no location data associated with the photos.

28.  I researched FBI databases and found cases where actors in Ghana used sophisticated techniques to obfuscate their IP address to avoid detection by law enforcement. These techniques involved making the IP address appear legitimate, as if it was not a virtual private network (VPN). I know from experience, this obfuscation is often used to conduct criminal activity and it indicated to me V1 was likely being held

hostage.[2] I also know, persons who wish to enhance security online will use a VPN. The technical sophistication and attempt to make this IP appear legitimate indicated V1 was not at a legitimate vacation location.

29.  I also interviewed numerous associates of V1. According to the real estate agent who was hired to sell V1's house, in September 2024, he began receiving text messages from someone using the same name as the celebrity from a phone number ending in 5850 requesting to sell V1's house.[3] The subject told the realtor he was V1's husband and he and V1 intended on selling V1's house to buy a larger home. Later, on November 19, 2024, the subject posing as the celebrity text messaged the realtor using the number ending in 0232. The subject told the realtor he and V1 had lost their phones, had to replace them, and were prepared to proceed with the sale. November 25, 2024, while V1 was in Ghana, the realtor received text messages from V1's number ending in 3221 from the subject posing as V1. The realtor, suspicious the sale was a scam, requested photos of V1. The realtor received digitally altered photographs from V1's phone, a photo of V1 holding her license, and a video of V1 which showed AJBONNA standing behind V1. The real estate agent replied by text message and stated it would be difficult to sell

---

[2] During a follow-up interview with V1's son, he reiterated V1 did not have the technical sophistication to mask her IP address.

[3] During a later interview with V1, she told me the subject posing as the celebrity had asked V1 to call the realtor. V1 called and spoke with the realtor at the subject's request but did not initiate any action to sell the home, as V1 planned on selling the home to her son.

V1's house because a notary is required. A response came back from V1's number ending in 3221 insisting that the real estate agent sell the home. The real estate agent remained suspicious, nonetheless, the real estate agent took steps to sell the home.[45]

30. V1 is 80 years old, and according to V1's son, V1 does not have the technical expertise to alter photographs. Special Agent Estevan Banuelos submitted three photos which had been sent from V1's phone to the realtor for facial recognition. A facial recognition hit to a man who lives in Florida was returned for three photos sent by from V1's phone to the real estate agent. A query of law enforcement databases showed that Florida man had never flown to Africa from the United States.

31. FBI Tactical Specialist Clarissa Kirk conducted social media analysis and located the Florida man's Facebook. On that Facebook page, Tactical Specialist Clarissa Kirk found an image of the Florida man that appears to be the image that the scammers and hostage takers used to create the photos of the Florida man with V1.

32. Later, on December 8, 2024, I received supplemental IP logs from Apple Inc. I ran the logs using an FBI database and they resolved to the Eves Hills Hotel in Ghana. Plain clothes Ghanaian law enforcement officers again investigated the Eves Hills Hotel, but they were unable to find V1.

---

[4] Agents suspect V1 was not in control of her phone during these conversations.

[5] The real estate agent received and sent emails of documents related to the sale of the home to an email account controlled by the subject posing as the celebrity.

33.  During the morning of December 9, 2024, V1 called her friend E.P. V1 said she was marrying the well-known celebrity and coming back to the United States with a black male, female, and the well-known celebrity. V1 called E.P.'s landline using a phone number that ends in 0359. V1 told E.P., "tell [V1's son] I love him" and "tell [V1's daughter] I love her and I'm sorry." When asked if she was okay, V1 did not answer.

34.  The phone number used by V1 ending in 0359 was registered to Sinch, a mobile telephone number sales service which sells mobile numbers in bulk to companies. The number had been sold to the Text Now application, a voice over internet protocol service. The account utilizing the number ending in 0359 was created on December 9, 2024. The IP information returned from Text Now for the number ending in 0359 resolved to Los Angeles, but was registered to Internet Utilities Africa.[6] The IP was also linked to a Private Internet Access Virtual Private Network (VPN), indicating it's use as a VPN endpoint. The subscriber data for the Text Now account listed V1 as the user with an iCloud account in V1's name.

35.  Later on December 9, 2024, San Bernardino County Sheriff's Detective and FBI Task Force Officer (TFO) Christopher Johnston authored a state search warrant for Gmail accounts associated to V1's mobile device. Johnston and I served the search warrant on Google Inc for the accounts. I conducted a

---

[6] Internet Utilities Africa is an internet services provider in Africa. The IP address registered to this company suggests the initial IP address for the person using the number ending in 0359 was in Africa.

review of Google account data provided in response to the search warrant, and the IP traffic matched the traffic I had previously received from Google, resolving to the Eves Hills Hotel in Ghana.

36.   Shortly thereafter, Special Agent Thomas Lobach identified a Gmail account, **************92@gmail.com, which was associated to the Coinme account accessing the Bitcoin V1 sent in June 2024. The IP addresses for that Gmail account resolved to the Eves Hills Hotel. I located IP logs showing the Gmail account was being used in Ghana before V1 arrived, suggesting this account was created and used by the scammers who had taken V1 hostage.

37.   On Monday, December 10, 2024, V1's son, in the presence of Special Agent Crisis Negotiators Carolina Nolte and Jesse Kroupa, spoke with V1 via her new Text Now number ending in 0359 during a recorded call. V1 said she was in Cape Town, South Africa, was not well, and was vomiting with diarrhea. V1 would periodically mute the phone when questions were asked, presumably to speak with someone else in the room. V1's son asked V1 if she was going to be released and V1 replied "of course." V1's son asked V1 when she was going to be released, and V1 became emotional and said, "I don't know." V1 told her son she wanted to relax and abruptly hung up. V1's son and Special Agents Nolte and Kroupa felt as if V1 was being coached through the call. V1's son followed up with text messages and

told V1 he was prepared to pay for her release. V1 responded she could not speak because she was not alone.[7]

38.   At about 10:05 a.m. on December 10, 2024, Agent Lobach and I spoke with a manager at the Eves Hills Hotel in Ghana. The manager had not seen V1. The manager said the area of the Eves Hills Hotel is not a commonly traveled area. The area is popular for Ghanaian tourists, but not foreign tourists. Anyone not of African dissent would be noticed immediately. The hotel shares their WiFi password with guests and anyone eating at their restaurant. The WiFi range extends about 50 meters from the hotel and there are not many houses close enough to access the WiFi.

39.   Special Agent Lobach obtained additional information regarding the Bitcoin wallet used to send money from V1 to Ghana. The wallet appeared to be a community wallet with many deposits and withdraws, commonly used by organized crime groups.[8]

**B.    ADEBAYO Makes Ransom Demand and SUBJECTS Collect Ransom Payment**

40.   At about 11:38 a.m. on December 10, 2024, during a recorded call and in the presence of Special Agents Nolte and Kroupa, V1's son spoke to one of the hostage takers, later identified as ADEBAYO, using the Text Now number ending in 0359.

---

[7] Investigators believe most text messages were sent by the hostage takers, and that V1 was not in control of her phone.

[8] I later received account holder data for the associated Coinme account. This wallet was registered to a Nigerian bank account and IP logs showed the account was accessed using Nigeria based IP addresses associated to the Nigerian MTN Mobile Network.

V1's son asked ADEBAYO if V1's son could schedule V1's flight so she could leave. ADEBAYO demanded payment of $150,000, but eventually agreed to accept $10,000 for V1's release, but that V1's son still owed ADEBAYO $140,000. V1's son was concerned about V1's health and asked ADEBAYO to take V1 to the hospital, but ADEBAYO replied, "no money." ADEBAYO requested payment in crypto currency, but later agreed to accept a deposit into V1's US Bank account. ADEBAYO told V1's son he would accept payment and release V1 on December 11, 2024 by 0500 UTC (December 10, 2024, 9:00 p.m. PST). ADEBAYO advised he would check V1 into a hotel and tell V1's son what hotel V1 was in. At about 12:34 PST on December 10, 2024, ADEBAYO sent a proof-of-life video to V1's son The video showed the V1 lying in a bed.

41.  At 1:48 PST on December 10, 2024, V1's son deposited $10,650.00 into V1's US Bank account. V1's US Bank account information showed that about 3:50 and 3:51 PST (23:50 and 23:51 UTC), the subjects accessed V1's account using OmniBSIC Bank Ghana terminal OMBG3402, located in the Ashaley Botew neighborhood of Accra, to make two withdraws of $283.73 and $213.41.

42.  On December 10, 2024, at about 21:15 PST (December 11, 2024, 0515 UTC), V1's son sent a text message to the Text Now number ending in 0359 and inquiring with ADEBAYO about why the subjects did not meet the release deadline of 0500 UTC. The subjects did not respond until several hours later and did not provide any information regarding her release. Due to the lack of response, I requested the US Bank account locked. V1's son

told the subjects the account was locked, and ADEBAYO replied
and sent a text message to V1's son asking "you think you can
threaten me?" The account was unlocked after the text
conversation. Around the same time, Ghanaian law enforcement
officers began checking the ATM sites in search of investigative
leads.

### C.    Subjects Located and Arrested by Ghana Police

43.    On December 11, 2024, at about 6:10 a.m. PST (14:10
UTC), I received notification from US Bank that six withdrawals
were attempted at the Fidelity Bank Ring Road Central Branch in
Accra, terminal 90140041. The subjects were able to complete two
transactions and withdraw $275.09 and $36.18. Ghanaian law
enforcement officers responded to the location and identified an
Uber the suspects used to leave the bank.  Ghanaian law
enforcement officers found the Uber with two male passengers,
Emmanuel ADEBAYO and a man ADEBAYO later identified during an
interview as Dennis Eroma. Ghanaian law enforcement officers
apprehended ADEBAYO, but Eroma escaped on foot with V1's phone.
ADEBAYO told Ghanaian law enforcement officers the fleeing
subject, Eroma, was his younger brother, who is in possession of
the victim's bank card. ADEBAYO told Ghanaian law enforcement
officers that V1 was being held in the Tema neighborhood of
Accra. Ghanaian law enforcement officers assembled a rescue team
and successfully rescued V1. At the apartment where V1 was
rescued, Ghanaian law enforcement officers also found and
apprehended Ester AJBONNA.

**D.    V1 Describes Hostage Taking and Captivity**

44.  On December 12, 2024, at about 9:15 a.m. PST, I participated in an interview with V1. During that interview, V1 stated, in substance and part only, the following:

a.    V1 explained she was in an online dating relationship with someone who she thought was a well-known celebrity for the last 18 to 24 months. The relationship began shortly after V1 had experienced traumatic life events and was especially vulnerable. V1 was solicited by the fictitious persona she believed was a well-known celebrity through Facebook chat. V1 and the fictitious celebrity chatted regularly and eventually progressed to voice calls. V1 and the fictious celebrity shared personal details and V1 believed she was speaking with the true well-known celebrity. At one point, V1 and the fictitious persona she believed was a well-known celebrity spoke on voice calls every day, including a video call which appeared to be the well-known celebrity that she recognized. At some point, the fictitious persona she believed was a well-known celebrity told V1 to deactivate her Facebook account.

b.    Around June of 2024, the fictitious persona she believed was a well-known celebrity convinced V1 to send about

$4,000.00 in crypto currency and 4 iPhones to him.[9][10] Later, the
fictitious persona she believed was a well-known celebrity asked
V1 to come to Ghana, Africa, where he claimed to live to "lay
low." V1 was initially apprehensive, even calling a hotel in
Accra, Ghana to ask if it was safe. Eventually V1 obtained her
passport and left from Los Angeles International Airport on
November 21, 2024. V1 arrived in Accra, Ghana on November 22,
2024. During a phone call, the fictitious persona V1 believed
was a well-known celebrity told V1 he was busy on business, and
his assistant would drive V1 to the "penthouse."

      c.   V1 met AJBONNA at the airport. V1 and ABJONNA
went to the "penthouse," which was just a house. At the house,
V1 met AJBONNA, ADEBAYO and EROMA. After a few hours, V1 asked
if she could leave, and AJBONNA, ADEBAYO and EROMA told V1 she
had to stay inside for her safety, and it was their job to keep
her safe until the well-known celebrity arrived. Then AJBONNA,
ADEBAYO and EROMA called the fictitious persona she believed was
a well-known celebrity and V1 spoke with that person.  That
fictitious persona she believed was a well-known celebrity told
V1 she was safe there and he would be there soon.

      d.   Over the next three days, V1 asked to leave
several times, but the SUBJECTS told her they could not let her

---

[9] I later received data from Coinme which showed on June 27,
2024, V1 made 5 purchases of virtual currency, each for $900,
totaling $4,500. The funds were then sent to the foreign
exchange Bybit, with an additional account user found logging in
from Ghana.

[10] V1 believes she sent three shipments of phones to
different addresses in the United States. V1 sent the phones to
address provided by the well-known celebrity.

leave and she had to wait for the well-known celebrity. Sometime around November 23, 2024, V1 told AJBONNA, ADEBAYO and Eroma she wanted to go home. AJBONNA, ADEBAYO and Eroma told V1 the well-known celebrity had been arrested transporting diamonds, and V1 had to pay $150,000 for expenses and she could not leave. V1 knew she was in trouble but did not want to be harmed or cause problems. V1 also believed the well-known celebrity was being held and was shown a photo of the well-known celebrity in handcuffs chained to a pole. From November 23 to the 27, AJBONNA, ADEBAYO and Eroma would ask for V1's phone.  AJBONNA, ADEBAYO and Eroma stated they needed V1's phone to talk to the well-known celebrity.  When V1 surrendered her phone to the AJBONNA, ADEBAYO and Eroma during this period, she would then lose access and control of the phone for several hours.

       e.   On November 27, 2024, V1 told ADEBAYO she did not have any money, she thought she was being scammed, and wanted to leave. ADEBAYO berated V1 and struck her on the upper left arm and shoulder using the back of his hand as she laid in bed. V1 had had a serious surgery on her left shoulder and the strike caused her severe pain. Had V1 been standing, V1 says the force was strong enough that it would have knocked her over. ADEBAYO told her he knew she was wealthy, and ADEBAYO wanted her money. ADEBAYO seized V1's electronic devices, including three spare phones V1 brought to Ghana, so she could not communicate.[11] ADEBAYO also seized V1's bank and credit cards and told V1 they

---

[11] V1's Samsung and TCL smartphones were not recovered by Ghana Police. V1 was given her Google smart phone which she later turned over to me for evidence.

had to pay rent. ADEBAYO used V1's Direct Express card to withdraw $1,400 from V1's account.[12]

      f.   V1 told ADEBAYO she did not have any other money and ADEBAYO told V1 to sell her house. ADEBAYO contacted the realtor to sell V1's house.[13][14] The realtor requested numerous documents, which AJBONNA, ADEBAYO and Eroma forced V1 to sign. V1 was also forced to make a video and take photos to send to the realtor, to prove the authenticity of the sale.[15] ADEBAYO told V1 he had a gun and threatened to shoot V1. V1 was afraid that AJBONNA, ADEBAYO and Eroma were going to kill her. V1 told her to "play the game," meaning that she would comply with demands, and to try to survive.

---

[12] ADEBAYO told V1 he had withdrawn all the money from V1's account, where V1 received deposits for her social security payments. V1 receives about $1,400 a month. After her captivity, V1 called and confirmed all of the money for November and December had been withdrawn.

[13] Based on statements from V1, the realtor had been in contact with V1 since early November, since a person masquerading as the celebrity had discussed selling V1's house so V1 could help the purported celebrity pay for the house they would live in together. V1 told me that the purported celebrity recommended that V1 use the realtor. to sell her house. V1 did not meet with the realtor and had only spoken with him on the phone a few times.

[14] During an interview with the realtor, the realtor told an investigator that he was contacted by a person masquerading as the celebrity and had only spoken to V1 on the phone. The realtor never met V1 in person. During a later review of the realtor's phone messages, a person masquerading as the celebrity contacted the realtor in September, 2024. The realtor sent and received the paperwork to V1's phone number on November 25, 2024.

[15] I reviewed these photos and the video, which were sent to the realtor on November 26, 2024. AJBONNA was in one of these photos and the video.

g.    Later on November 27, AJBONNA, ADEBAYO and Eroma took V1 to the beach. V1 was not sure why she was taken to the beach, but was told not to speak with anyone. While at the beach, AJBONNA, ADEBAYO and Eroma took photos of V1.[16] Shortly thereafter, Deputy William Cowles called V1. V1 spoke with Cowles on speaker phone while AJBONNA, ADEBAYO and Eroma stood over her. Cowles asked V1 if she was alright, and V1 told Cowles she was fine. Cowles told V1 if she was in danger to say "waffle." V1 could not say waffle because the SUBJECTS heard Cowles ask. V1 said she was fine and had to go. V1 memorized Cowles's phone number while it was on the phone screen. V1 wrote the number down on a small piece of paper and hid it in a small candy box V1 had in her fanny pack.[17]

h.    Sometime later, V1 was able to gain brief control of her phone. V1 typed in Cowles number and attempted to send a text message with the word "waffle," but the message did not send. ADEBAYO saw V1, seized the phone from her, and struck her with the back of his hand on her shoulder and arm after seeing what V1 tried to send. Around the same time, ADEBAYO left V1's room and forgot V1's phone inside. V1 sent a series of photos to her friend, hoping it would prompt the friend to ask for help.

i.    During the remainder of her captivity, V1 was not in possession of her phone except when supervised by AJBONNA,

---

[16] Digitally altered photos of V1 at the beach and in a recliner were sent to the realtor.

[17] This paper was recovered by agents. The phone number written by V1 was the desk number for the SBSD Twin Peaks Sheriff's Station. This number does not accept text messages.

ADEBAYO and EROMA. ADEBAYO maintained control over V1's phone.
ADEBAYO also appeared to be in charge and was accepting calls
from someone on a different phone, but V1 did not know who
ADEBAYO was speaking with. V1 was held in a bedroom and the
SUBJECTS did not allow her to leave the bedroom unless she was
escorted. According to V1, On November 29, 2024, ADEBAYO
withdrew another $1,400 from V1's account. V1 was trying to
think of a way to ask for help, but V1 was always with AJBONNA,
ADEBAYO or EROMA. AJBONNA, ADEBAYO and Eroma took turns watching
V1 when she was awake. V1 was allowed to sleep alone, but did
not have any means to communicate when she was alone in the
bedroom sleeping.

  j.  Throughout her time with AJBONNA, ADEBAYO and
Eroma, AJBONNA interacted with V1 the most, bringing V1 her food
and supervising V1 while V1 was allowed to watch a television
show on a smart tablet supplied by AJBONNA. AJBONNA also spoke
the best English and would translate into English when needed.
Eroma did not interact with V1 much except to watch her. AJBONNA
and Eroma would take turns watching and supervising V1.

  k.  On two other occasions, V1 was assaulted by
ADEBAYO because ADEBAYO thought V1 was lying and had more money.
During one instance, ADEBAYO ordered V1 to call US Bank to
request a transfer from an account controlled by ADEBAYO into
V1's US Bank account. V1 was unable to complete the transaction
before the bank closed and ADEBAYO struck V1 on the left arm and
on the top of the surgical scars on her knees. During another
incident, ADEBAYO was upset V1 was giving vague answers about

24

her son's business. ADEBAYO called V1 a liar and hit her with
the back of his hand on her shoulder. ADEBAYO made several
references to shooting V1, including putting his fingers on V1's
head in the shape of a pistol and motioning as if ADEBAYO was
shooting V1 in the head. ADEBAYO told V1 if she could not give
him money he might as well shoot her.

l.   On December 4, 2024, Deputy Sandoval called V1.
V1 spoke with Sandoval and V1's son on a three-way speaker phone
call while the subjects stood over her. V1 told Sandoval she was
fine and on vacation with her friends. V1 was afraid that if she
told Sandoval she was in danger, she would be killed. V1 told
Sandoval she was not in danger.

m.   Later on December 4, 2024, AJBONNA, ADEBAYO and
Eroma took V1 to the US Embassy so V1 could notarize documents
to sell her house. In the company of the AJBONNA, V1 spoke with
a Ghana Police Officer who told V1 the Embassy was closed for
the election. The officer made an appointment for V1 to return
on December 12, 2024. V1 had planned on writing a note for help
and trying to run and slam the note onto the safety glass for
American staff to see, but did not get a chance to enter the
embassy.

n.   On December 9, 2024, V1 was moved to an
apartment. ADEBAYO told V1 he did not have money to pay rent and
they had to move. By this point, V1 had been held captive for 18
days. V1 had eaten little food because V1 was afraid she would
be drugged by AJBONNA, ADEBAYO and Eroma. V1 was weak and having
trouble standing. Because of V1's condition, she did not think

she would be able to run for help at the embassy. V1 grew increasingly distraught and did not think she would survive captivity. V1 had medications she took for various health problems and took a combination of pills to commit suicide as V1 wanted to die on her terms. V1 felt if she did not do this, she would be tortured and killed, however V1 survived the attempt.

      o.   On December 11, 2024, V1 was rescued. V1 was taken to the local hospital and treated overnight. V1 is not sure what she was treated for as she was exhausted and subject to numerous exams, tests, and treatments. V1 lost about 12 pounds during her captivity and has pain where she was struck by ADEBAYO.

## V.  CONCLUSION

    45.  For all the reasons described above, there is probable cause to believe that ADEBAYO and AJBONNA violated 18 U.S.C. §§ 1203(a) (Hostage Taking and Conspiracy to Commit Hostage Taking), 1343 (Wire Fraud), and 1349 (Conspiracy to Commit Wire Fraud).


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 27th day of December, 2024.

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE